IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TREMAINE ENTERPRISES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-3574 |
| | § | |
| AMERICAN SPECTRUM REALTY, INC., | § | |
| | § | |
| Defendant. | § | |

## OPINION AND ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

Pending before the Court in the above referenced action is Plaintiff Tremaine Enterprises, Inc.'s Suggestion of Bankruptcy (instrument #9) of Defendant American Spectrum Realty, Inc., which filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas, Case Number 15-31514, on March 16, 2015.

"When a bankruptcy petition is filed, an automatic stay operates as a self-executing injunction. The stay prevents creditors from taking any collection against the debtor or the property of the debtor's estate for pre-petition debts. 11 U.S.C. § 362(a)." *Campbell v. Countrywide Home Loans, Inc.*, 545 F.3d 348, 354-55 (5th Cir. 2008). The Court

ORDERS that this case is STAYED and ADMINISTRATIVELY CLOSED. Leave is granted to any party to move to reinstate this case, if appropriate, after the stay is lifted or the bankruptcy resolved.

**SIGNED** at Houston, Texas, this 22nd day of April, 2015.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE